In the Matter of TEXAS COMPANY, Respondent, against JOHN S. SINCLAIR et al., Constituting the Zoning Board of Appeals of the City of Mount Vernon, Appellants.—

The ordinance does not authorize the board to permit the nonconforming use to be enlarged into an area situated within the prescribed distances from the residence district and the school. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

MARTHA KASSNER, Respondent, v. ERNEST KASSNER, Appellant.—

No opinion. Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur.